**In re Joseph SLEDGE, Jr., Petitioner.**

No. 02–6053.

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 26, 2002.

Joseph Sledge, Jr., Petitioner Pro Se.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Joseph Sledge, Jr., petitions for a writ of mandamus, seeking an order requiring a state court to rule on a pending "motion for appropriate relief." This court does not have jurisdiction to grant mandamus relief against state officials, *Gurley v. Superior Court of Mecklenburg County*, 411 F.2d 586, 587 (4th Cir.1969), and does not

have jurisdiction to review state court orders, *District of Columbia Court of Appeals v. Feldman,* 460 U.S. 462, 482, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983). Accordingly, we do not have jurisdiction to grant the requested relief. Thus, although we grant the motion for leave to proceed in forma pauperis, we deny the petition for a writ of mandamus. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*